# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Doyle D. Jordan

              V.                          **JUDGMENT IN A CIVIL CASE**

Warden Evans

                                         **CASE NUMBER:**    07-CV-466 J (NLS)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court denies Petitioner's Petition for Writ of Habeas Corpus.

| September 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON September 14, 2007 |